Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–13570–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Milagros Nin
    31 Harrison Pl
    Clifton, NJ 07011–1415

Social Security No.:
    xxx–xx–0141

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/21/2019 and a confirmation hearing on such Plan has been scheduled for 4/18/2019.

The debtor filed a Modified Plan on 4/18/2019 and a confirmation hearing on the Modified Plan is scheduled for 6/6/2019. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 22, 2019
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13570-VFP
Milagros Nin                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Apr 22, 2019
                             Form ID: 186             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db              Milagros Nin,    31 Harrison Pl,    Clifton, NJ  07011-1415
518040750      +Imaging Subspecialists,    c/o I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518040751       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 00:39:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 00:39:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518040746       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2019 00:41:00     Capital One,
                 PO Box 30288,    Salt Lake City, UT  84130-0288
518125590      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2019 00:41:56
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518040747       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2019 00:41:05     Credit One Ban,
                 c/o Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC  29602-1269
518040748      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 23 2019 00:41:28     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518134780       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2019 00:39:58     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518040749       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2019 00:39:58     Fingerhut,
                 c/o Jefferson Capital,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
518124582       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2019 00:41:05     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518040752       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2019 00:39:58     Verizon Wireless,
                 c/o Jefferson Capital Systems,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
                                                                                             TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Milagros  Nin rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```