UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Sweeney, Esq.  RS-1174
141 Main Street 2nd Floor
Hackensack, NJ 07601
p 201-488-0182

**Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Milagros Nin

Case No.:        19-13570-VFP

Chapter:            13

Judge:         Hon. Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3-26-2019_____ :

Property:        31 Harrison Place, Clifton, NJ

Creditor:        Midland Mortgage Co

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____,
    and for good cause shown

❑  Early Termination of the Loss Mitigation Period having been filed by _____,
    and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____9/26/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2