UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Sweeney, Esq.  RS-1174
141 Main Street 2nd Floor
Hackensack, NJ 07601
p 201-488-0182

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Milagros Nin

Case No.: 19-13570-VFP

Chapter: 13

Judge: Hon. Papalia

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 24, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3-26-2019_____ :

Property:   31 Harrison Place, Clifton, NJ

Creditor:   Midland Mortgage Co

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___9/26/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Milagros Nin  
      Debtor

Case No. 19-13570-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 25, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db         Milagros Nin,    31 Harrison Pl,    Clifton, NJ    07011-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
           Robert L. Sweeney    on behalf of Debtor Milagros Nin rsweeneylaw@aol.com, G6120@notify.cincompass.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 5