Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–13570–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Milagros Nin
    31 Harrison Pl
    Clifton, NJ 07011–1415

Social Security No.:
    xxx–xx–0141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:           December 5, 2019
Time:           10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*43* – Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 36 Order on Motion For Relief From Co–Debtor Stay, Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca)

*44* – Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 36 Order on Motion For Relief From Co–Debtor Stay, Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert L. Sweeney on behalf of Milagros Nin. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

and transact such other business as may properly come before the meeting.

Dated: October 31, 2019
JAN: mcp

Jeanne Naughton
Clerk