**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–13570–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Milagros Nin
    31 Harrison Pl
    Clifton, NJ 07011–1415

Social Security No.:
    xxx–xx–0141

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            December 5, 2019
Time:            10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*43* – Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 36 Order on Motion For Relief From Co–Debtor Stay, Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca)

*44* – Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 36 Order on Motion For Relief From Co–Debtor Stay, Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/30/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert L. Sweeney on behalf of Milagros Nin. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

and transact such other business as may properly come before the meeting.

Dated: October 31, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-13570-VFP
Milagros Nin                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 31, 2019
                         Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
db          Milagros Nin,    31 Harrison Pl,    Clifton, NJ   07011-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Robert L. Sweeney     on behalf of Debtor Milagros  Nin rsweeneylaw@aol.com, G6120@notify.cincompass.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5