Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 19−13570−VFP
                         Chapter: 13
                         Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Milagros Nin
   31 Harrison Pl
   Clifton, NJ 07011−1415

Social Security No.:
   xxx−xx−0141

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on August 16, 2019.

    On 1/14/20 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                   February 20, 2020
Time:                 08:30 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: smz

                                                                                             Jeanne Naughton
                                                                                             Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                       Case No. 19-13570-VFP
Milagros Nin                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin           Page 1 of 1           Date Rcvd: Jan 27, 2020
                             Form ID: 185          Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             Milagros Nin,    31 Harrison Pl,    Clifton, NJ  07011-1415
518250482     +Hackensack Anesthesiology Associates, P.A.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
518040750     +Imaging Subspecialists,    c/o I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518223656     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518040751      Midland Mortgage,    PO Box 26648,    Oklahoma City, OK  73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:05      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518040746      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 28 2020 00:22:55      Capital One,
               PO Box 30288,    Salt Lake City, UT  84130-0288
518125590     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2020 00:33:47
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518040747      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 00:21:57      Credit One Ban,
               c/o Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC  29602-1269
518040748     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 28 2020 00:21:50      Credit One Bank,
               PO Box 98875,    Las Vegas, NV 89193-8875
518134780      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2020 00:26:23      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
518040749      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2020 00:26:24      Fingerhut,
               c/o Jefferson Capital,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
518124582      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 00:23:16      LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518040752      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2020 00:26:24      Verizon Wireless,
               c/o Jefferson Capital Systems,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Milagros  Nin rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```