| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    MILAGROS NIN | Case No.:  19-13570<br><br>Hearing Date:  02/20/2020<br><br>Judge:  VINCENT F. PAPALIA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: February 24, 2020

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): MILAGROS NIN

Case No.: 19-13570VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 02/20/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/20/2020 of the plan filed on 01/14/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/05/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.