Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–13570–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Milagros Nin
   31 Harrison Pl
   Clifton, NJ 07011–1415

Social Security No.:
   xxx–xx–0141

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 13, 2020.

On 09/02/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                         October 15, 2020
Time:                          08:30 AM
Location:                     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 2, 2020
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13570-VFP
Milagros Nin                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 02, 2020
                             Form ID: 185              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db              Milagros Nin,    31 Harrison Pl,    Clifton, NJ   07011-1415
518250482      +Hackensack Anesthesiology Associates, P.A.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
518040750      +Imaging Subspecialists,    c/o I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518223656      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518040751       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK   73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 03 2020 00:43:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 03 2020 00:43:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518040746       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 00:44:25     Capital One,
                 PO Box 30288,    Salt Lake City, UT  84130-0288
518125590      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2020 00:56:30
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518040747       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:44:35     Credit One Ban,
                 c/o Resurgent/LVNV Funding,    PO Box 1269,    Greenville, SC  29602-1269
518040748      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 03 2020 00:44:29     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
518134780       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 03 2020 00:43:26     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518040749       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 03 2020 00:43:27     Fingerhut,
                 c/o Jefferson Capital,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
518124582       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2020 00:46:00     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518040752       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 03 2020 00:43:26     Verizon Wireless,
                 c/o Jefferson Capital Systems,    16 McLeland Rd,    Saint Cloud, MN  56303-2198
                                                                                          TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Milagros  Nin rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5