Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–13570–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Milagros Nin
　31 Harrison Pl
　Clifton, NJ 07011–1415

Social Security No.:
　xxx–xx–0141

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/19/20 at 10:00 AM

to consider and act upon the following:

*92* – Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 71 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/19/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "b" # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca)

*94* – Certification in Opposition to (related document:92 Creditor's Certification of Default (related document:23 Motion for Relief from Co–Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 71 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 10/19/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "b" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert L. Sweeney on behalf of Milagros Nin. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 10/20/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court