Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−13570−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Milagros Nin
   31 Harrison Pl
   Clifton, NJ 07011−1415

Social Security No.:
   xxx−xx−0141

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2021.

Dated: January 8, 2021
JAN: jf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-13570-VFP
Milagros Nin  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Jan 08, 2021  Form ID: plncf13  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Milagros Nin, 31 Harrison Pl, Clifton, NJ 07011-1415 |
| 518250482 | + | Hackensack Anesthesiology Associates, P.A., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 518040750 | + | Imaging Subspecialists, c/o I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518223656 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518040751 | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2021 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2021 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518040746 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 22:19:59 | Capital One, PO Box 30288, Salt Lake City, UT 84130-0288 |
| 518125590 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 08 2021 22:17:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518040747 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 22:13:55 | Credit One Ban, c/o Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 518040748 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2021 22:13:38 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518134780 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 22:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518040749 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 22:31:00 | Fingerhut, c/o Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518124582 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 22:17:02 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518040752 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2021 22:31:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 08, 2021 | Form ID: plncf13 | Total Noticed: 15

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Robert L. Sweeney | on behalf of Debtor Milagros Nin rsweeneylaw@aol.com  G6120@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5