<8>

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br><br>Order Filed on October 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   MILAGROS NIN | Case No.:  19-13570 VFP<br><br>Hearing Date:  10/7/2021 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 8, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MILAGROS NIN

Case No.: 19-13570

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/07/2021 on notice to ROBERT L. SWEENEY, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,000.00 starting on 10/1/2021 for 4 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $800.00 starting on 2/1/2022 for 13 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,745.00 starting on 3/1/2023 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,245.00 starting on 3/1/2024 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $3,245.00 starting on 3/1/2025 for the remaining 12 month(s); and it is further

- ORDERED, that the Debtor(s) must file an amended Schedule I and J by 10/14/2021 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an amended Schedule I and J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.