**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Sweeney, Esq.
141 Main Street, 2nd Floor
Hackensack, NJ  07601
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com
RS-1174

In Re:

Milagros Nin

               Debtor(s)

Case No:    19-13570-VFP

Chapter:    13

Adv. No.:

Hearing Date:

Judge: Hon. Papalia

**CERTIFICATION OF SERVICE**

1. I, _____Annette O'Connor_____:

   __  represent the _____ in the above-captioned matter.

   _X_  am the secretary/paralegal for _____Robert L. Sweeney_____, who represents the Debtor .

2. On ___12-23-2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Certification in Opposition

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ___12/23/2021_____

                                                  /s/ Annette O'Connor
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Ch 13 Trustee | Trustee | __ Hand-delivered<br>__ Regular Mail<br>__ Certified Mail/RR<br>__ E-mail<br>_X_ Notice of Electronic Filing (NEF) |
|  | Debtor | __ Hand-delivered<br>_ Regular Mail<br>  Certified Mail/RR<br>_  E-mail<br>x_ Notice of Electronic Filing (NEF) |
| Denise Carlon, Esq. KML Law Group | Attorney for Secured Creditor Mid First Bank | __ Hand-delivered<br>__ Regular Mail<br>__ Certified Mail/RR<br>__ E-mail<br> x  Notice of Electronic Filing (NEF) |
|  | Secured Creditor | __ Hand-delivered<br>  Regular Mail<br>_ Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |
|  | Secured Creditor | __ Hand-delivered<br>_ Regular Mail<br>_ Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |
|  | Creditor | __ Hand-delivered<br>__ Regular Mail<br>x__ Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |
|  | Creditor | __ Hand-delivered<br>_ Regular Mail<br>x__ Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |
|  | Creditor | __ Hand-delivered<br>  Regular Mail<br>_x Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |
|  | Creditor | __ Hand-delivered<br>_X_ Regular Mail<br>__ Certified Mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF) |