Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13570−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Milagros Nin
  31 Harrison Pl
  Clifton, NJ 07011−1415

Social Security No.:
  xxx−xx−0141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/17/22 at 10:00 AM

to consider and act upon the following:

*134* – Creditor's Certification of Default (related document:23 Motion for Relief from Co−Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 92 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*136* – Certification in Opposition to (related document:134 Creditor's Certification of Default (related document:23 Motion for Relief from Co−Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 92 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert L. Sweeney on behalf of Milagros Nin. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 1/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court