Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13570−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Milagros Nin
   31 Harrison Pl
   Clifton, NJ 07011−1415

Social Security No.:
   xxx−xx−0141

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/17/22 at 10:00 AM

to consider and act upon the following:

*134 −* Creditor's Certification of Default (related document:23 Motion for Relief from Co−Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 92 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*136 −* Certification in Opposition to (related document:134 Creditor's Certification of Default (related document:23 Motion for Relief from Co−Debtor Stay of William Nin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 31 Harrison Place, Clifton, NJ 07011. Fee Amount $ 181., 43 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 63 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 92 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 99 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert L. Sweeney on behalf of Milagros Nin. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 1/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-13570-VFP
Milagros Nin                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                   User: admin                                   Page 1 of 1
Date Rcvd: Jan 19, 2022                                Form ID: ntchrgbk                             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Milagros Nin, 31 Harrison Pl, Clifton, NJ 07011-1415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Robert L. Sweeney | on behalf of Debtor Milagros Nin rsweeneylaw@aol.com  G6120@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5