| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>MILAGROS NIN |

Case No.: 19-13570

Adv. No.:

Hearing Date:  07/21/2022

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/29/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MILAGROS NIN
31 HARRISON PL
CLIFTON, NJ  07011-1415
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ROBERT L. SWEENEY
ROBERT L. SWEENEY, ESQ.
141 MAIN STREET, 2ND FLOOR
HACKENSACK, NJ  07601
Mode of Service:  ECF and/or Regular Mail

Dated:  June 29, 2022

By:  /S/  Jackie Michaels
Jackie Michaels